# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARYAM ABDUS-SHAHID, *Plaintiff pro se* | : : : | CIVIL ACTION |
| v. | : : | NO. 17-2970 |
| NATIONSTAR MORTGAGE, LLC, *et.al* *Defendants* | : : | |

# ORDER

AND NOW, this 2nd day of October 2017, upon consideration of Plaintiff's motion to proceed *in forma pauperis* and her *pro se* complaint, it is hereby ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in this Court's Memorandum.

3. The Clerk of Court shall close this case.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*